IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bolden, Joyce | Case Number: 04 B 14911 |
| | Judge: Hollis, Pamela S |
| Printed: 12/28/07 | Filed: 4/15/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: June 28, 2007
Confirmed: August 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 31,614.12 | |
| Secured: | | 16,561.73 |
| Unsecured: | | 10,664.64 |
| Priority: | | 0.00 |
| Administrative: | | 2,354.00 |
| Trustee Fee: | | 1,631.63 |
| Other Funds: | | 402.12 |
| Totals: | 31,614.12 | 31,614.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,354.00 | 2,354.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 434.73 | 434.73 |
| 4. | Wells Fargo Fin Acceptance | Secured | 16,127.00 | 16,127.00 |
| 5. | Resurgent Capital Services | Unsecured | 2,660.65 | 3,117.30 |
| 6. | Wells Fargo Fin Acceptance | Unsecured | 3,605.72 | 4,224.54 |
| 7. | American General Finance | Unsecured | 150.14 | 175.90 |
| 8. | ECast Settlement Corp | Unsecured | 1,754.65 | 2,055.80 |
| 9. | Verizon Wireless | Unsecured | 155.09 | 181.73 |
| 10. | Corporate America Family CU | Unsecured | 484.64 | 567.83 |
| 11. | ECast Settlement Corp | Unsecured | 291.50 | 341.54 |
| 12. | Safeway Insurance Co | Unsecured | | No Claim Filed |
| 13. | Express | Unsecured | | No Claim Filed |
| 14. | TRS Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,018.12 | $ 29,580.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 521.75 |
| 4% | 112.45 |
| 3% | 83.90 |
| 5.5% | 417.53 |
| 5% | 118.47 |
| 4.8% | 269.81 |
| 5.4% | 107.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bolden, Joyce | Case Number: 04 B 14911 |
| | Judge: Hollis, Pamela S |
| Printed: 12/28/07 | Filed: 4/15/04 |

_____
$ 1,631.63

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

                        *[signature]* _____